UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x     17-00785 (JBW)(SMG)
COURCHEVEL 1850 LLC,

                       Plaintiff     **NOTICE OF CROSS-MOTION TO DISMISS AND/OR FOR SUMMARY JUDGMENT**

      -against-

MOHAMMED ALAM, KOZNITZ I LLC, UNITED
STATES OF AMERICA (INTERNAL REVENUE
SERVICE), NY STATE DEPARTMENT OF TAXATION
AND FINANCE; CITIBANK, N.A.;  CITIBANK (SOUTH
DAKOTA) NEW YORK CITY ENVIRONMENTAL
CONTROL BOARD; NEW YORK CITY TRANSIT
ADJUDICATION BUREAU; NEW YORK CITY
PARKING VIOLATIONS BUREAU,

                     Defendants.
------------------------------------------------------------x

**PLEASE TAKE NOTICE**, that upon the annexed Declaration of Solomon Rosengarten, dated the 10th day of August 2018,  the Memorandum of Law, dated August 10, 2018, the Response to plaintiff's Statement of Undisputed Material Facts and defendant's Statement of Undisputed Material Facts, defendant Koznitz I, LLC will cross-move this Court, at a date and time designated by the Court, at the courthouse, 225 Cadman Plaza East, Brooklyn, New York, for an Order dismissing the complaint pursuant to F.R.Civ.P. 12(b)(1) and/or for summary judgment dismissing the complaint, pursuant to F.R.Civ.P 56(a) and for such other relief as the court me deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that opposition must conform to the requirements of the Federal Rules of Civil Procedure and the Local Rules of this Court and the assigned Judge.

**PLEASE TAKE FURTHER NOTICE** that defendant Koznitz I, LLC requests oral argument.

Dated: Brooklyn, New York
August 10, 2018

*Solomon Rosengarten*

_____
Solomon Rosengarten (SR-8050)
Attorney for Defendant
Koznitz I, LLC
1704 Avenue M
Brooklyn, New York 11230
(718) 627-4460