UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

COURCHEVEL 1850 LLC,

      Plaintiff,

  -against-

ALAM, et al.,

      Defendants.

---

ORDER

17-CV-0785

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 19 2019 ★
BROOKLYN OFFICE

**JACK B. WEINSTEIN, Senior United States District Judge:**

The court has the objection of Defendant Koznitz I LLC. *See* Mem. L. Supp. Def's Obj. Magistrate's R. & R., ECF No. 96. Plaintiff shall file a response to the objection by November 27, 2019. A hearing on the objection will be held on January 15, 2020 at 10:30 a.m.

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

Dated: November 19, 2019
    Brooklyn, New York

