# The Margolin & Weinreb Law Group, LLP

Attorneys at Law
165 Eileen Way, Suite 101
Syosset, New York 11791

ALAN WEINREB, ESQ.
C. LANCE MARGOLIN, ESQ.
<u>CYNTHIA A. NIERER, ESQ.</u>

(516) 921-3838
FAX   (516) 921-3824
(516) 945-6055
www.nyfclaw.com

November 16, 2020

**VIA ECF ONLY**
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
Honorable Judge Steven M. Gold
Honorable Roslynn R. Mauskopf

      **RE**:      Proposed Judgment of Foreclosure and Sale
                      Courchevel 1850 LLC v. Alam, *et al*.
      **Index No.:**   **1:17-cv-00785-RRM-SMG**

Your Honor,

      This Firm represents the Plaintiff Courchevel 1850 LLC ("Plaintiff") on the above-entitled matter. On or about June 11, 2020, Plaintiff submitted a Proposed Judgment of Foreclosure and Foreclosure and Sale but requested that this Court hold off execution based on Covid-19. *See* ECF Docket Nos.: 108 and 110. This Firm has begun to safely schedule foreclosure auctions. Further, there are no restrictions currently imposed.

      Regarding the public auction, as a result of COVID-19 restrictions and in an over-abundance of caution in the event that access to the Courthouse must be further restricted because of COVID-19, we respectfully request that Your Honor execute the Proposed Judgment of Foreclosure and Sale and further So Order that the sale be permitted to take place outside "*at the Eastern District of New York Court House, located at 225 Cadman Plaza East Brooklyn, New York 11201, on the street directly in front of the Court House*". We thank this Court for its courtesies.

      Respectfully submitted,

      THE MARGOLIN & WEINREB LAW GROUP, LLP
      *Attorneys for Plaintiff*

      */s/ Alan Smikun*
      Alan Smikun, Esq.

cc:     <u>VIA ECF ONLY</u>
         Solomon Rosengarten, Esq.
         Attorney for Koznitz I LLC