# THE MARGOLIN & WEINREB LAW GROUP, LLP

Attorneys at Law
165 Eileen Way, Suite 101
Syosset, New York 11791

ALAN WEINREB, ESQ.
C. LANCE MARGOLIN, ESQ.                                                              (516) 921-3838
<u>CYNTHIA A. NIERER, ESQ.</u>                                                         FAX  (516) 921-3824

January 8, 2021

<u>Via ECF</u>
The Honorable Judge Roslynn R. Mauskopf
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE: <u>Courchevel 1850 LLC v. Alam, *et al*., Civil Actio No.: 1:17-cv-00785-RRM-CLP</u>

Your Honor,

    This Firm represents the Plaintiff Courchevel 1850 LLC ("Plaintiff") on the above-entitled matter. On June 1, 2020, Judge Roslynn R. Mauskopf adopted the Report and Recommendation of Magistrate Judge Gold which granted Plaintiff's Motion for Summary Judgment [Docket No. 106]. Accordingly, on or about June 11, 2020, Plaintiff submitted a proposed Judgment of Foreclosure and Sale Order [Docket No. 108]. On June 22, 2020 and again on November 16, 2020, Plaintiff requested execution of the proposed Judgment of Foreclosure and Sale. On January 7, 2021, the case was reassigned to Chief Magistrate Judge Cheryl L. Pollak. As such, Plaintiff renews its application for execution of the Judgment of Foreclosure and Sale Order.

    Due to COVID-19 social distancing requirements and in an over-abundance of caution, we respectfully request that Your Honor execute the annexed proposed Judgment of Foreclosure and Sale Order, which alters the location of the sale to take place outside "*at the Eastern District of New York Court House, located at 225 Cadman Plaza East Brooklyn, New York 11201, on the street directly in front of the Court House*". These changes were also made to the Proposed Order being filed simultaneously herewith.

    We thank this Court for its review of our request.

                                           Respectfully submitted,

                                           */s/ Alan Smikun*
                                           Alan Smikun, Esq.

cc:      Solomon Rosengarten, Esq., attorney for Koznitz I LLC (via ECF)