# EXHIBIT A

# Closing USA, LLC

## TITLE NO. DS160040115

## MORTGAGE FORECLOSURE CERTIFICATE

CERTIFIES TO: **The Margolin & Weinreb Law Group, LLP**     Client Ref. No: **Alam**

Premises: **3228 97th Street, East Elmhurst, NY 11369**     County: **QUEENS**

That a search has been made against the premises described in Schedule "A" from the date of the mortgage to be foreclosed to the date hereof, and title to said premises is vested of record in

    **Koznitz I LLC**

**By Deed from:** Mohammed Alam

**Deed Dated:** June 28, 2013     **Recorded:** July 26, 2013

**Recorded in:** CRFN 2013000295373

**Prior Chain of Title:** From Deep Sons Inc., to Mohammed Alam dated August 18, 2008, recorded September 4, 2008 filed in: CRFN 2008000351813

This certificate includes appended schedules, as follows:

    Schedule A    Description of Mortgaged Premises
    Schedule B    Mortgages and Assignments of Record
    Schedule C    Necessary Parties Defendant
    Schedule D    Exceptions, Objections and Other Information
    Schedule E    Tax Search

Certified as **October 13, 2016**
Issue Date: **November 7, 2016**

# Closing USA, LLC

## SCHEDULE A

### DESCRIPTION OF MORTGAGED PREMISES

Title No.: **DS160040115**

ALL that certain plot, piece or parcel of land with the buildings and improvements thereon erected, situate, lying and being in the Borough and County of Queens, City and State of New York, known and designated as and by Lot No. 586 in Block No. 16 on a certain map entitled, "Map of 1115 Lots belonging to William Ziegler, situate at Corona, Queens County, Surveyed August 1890, by G.A. Roullier, C.E. Flushing, New York", and filed in the Queens County Clerk's Office (now Register's) Office, March 25, 1891 which said lot is more particularly bounded and described as follows:

BEGINNING at a point on the westerly side of Clinton Street (now known as 97th Street) distant 260 feet southerly from the corner formed by the intersection of the westerly side of Clinton Street with the southerly side of Smith Avenue (now known as 32nd Avenue);

RUNNING THENCE westerly parallel with Smith Street, 100 feet;

RUNNING THENCE southerly parallel with Clinton Street, 20 feet;

RUNNING THENCE easterly and part of the distance through a party wall, 100 feet to the westerly side of Clinton Street;

RUNNING THENCE northerly along the westerly side of Clinton Street, 20 feet to the point or place of BEGINNING.