# MWN

## MARGOLIN, WEINREB & NIERER, LLP

C. LANCE MARGOLIN, ESQ.    ALAN WEINREB, ESQ.    CYNTHIA A. NIERER, ESQ.

October 13, 2023

**VIA ECF**
Hon. Orelia E. Merchant, USDJ
United States District Court
Eastern District of New York
225 Camden Plaza East
Brooklyn, New York 11201

Re:   *Courchevel 1850 LLC v. Alam, et al*
       Case No.: 1:17-cv-00785-OEM-ST
       **Letter Request For Oral Argument Concerning Requested TRO**

Dear Judge Merchant,

We write in response to the Order To Show Cause that was just filed in this matter by Defendant Konitz I LLC. *See* ECF Dkt. No.: 133. We represent the Plaintiff Courchevel 1850 LLC ("Plaintiff") in the above referenced foreclosure matter. We write to request that this Court please conduct oral argument via Teams or phone prior to deciding if a stay of the scheduled foreclosure sale should be entered pending the determination of the recently filed order to show. *See id*.

We thank this Court for its continued attention to this matter.

Respectfully,

*/s/ Seth D. Weinberg*

WE ARE A DEBT COLLECTOR AND ARE ATTEMPTING TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

165 EILEEN WAY, SUITE 101     SYOSSET, NEW YORK 11791     T. (516) 921-3838     F. (516) 921-3824     WWW.NYFCLAW.COM